UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PATRICIA SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-CV-557-HBG |
| | ) | |
| AMERICAN CREDIT ACCEPTANCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons cited in the Memorandum Opinion filed contemporaneously herewith, the Defendant's Motion for Summary Judgment [**Doc. 14**] is **GRANTED**. The Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**, and the Clerk of Court is **DIRECTED to CLOSE** this case.

**IT IS SO ORDERED**.

ENTER:

*Bruce Guyton*
United States Magistrate Judge